1044

[No. 74210-8-I.   Division One.   July 3, 2017.]

MICHAEL J. BEVERICK ET AL., *Appellants*, v. LANDMARK BUILDING & DEVELOPMENT INC. ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-2-01694-4, Dave Needy, J., entered October 16, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 74827-1-I.   Division One.   July 3, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL PAULSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02571-2, Timothy A. Bradshaw, J., entered February 19, 2016. *Affirmed* by unpublished opinion per Mann, J., concurred in by Schindler and Spearman, JJ.

[No. 74857-2-I.   Division One.   July 3, 2017.]

ADVANCE ENVIRONMENTAL, INC., *Respondent*, v. THE DIRECTOR OF THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-15857-1, Laura Gene Middaugh, J., entered February 10, 2016. *Reversed* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Dwyer, J.

[No. 75121-2-I.   Division One.   July 3, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD THOMAS CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 13-1-00575-1, Brian L. Stiles, J., entered March 25, 2016. *Reversed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Schindler and Leach, JJ.